## THOMAS RODNEY v. JOHN JONES.

Supreme Court.   April, 1793.

*Wilson's Red Book, 7.**

---

* This case is also reported in *Read's Notebook, 5.*

Court were divided about a witness. Ld.Raym. 494 cited to show, court divided cannot do a thing nor grant an order. *Vide* 3 Morg.Ess. 113, 179, Str. 139.

Defendant urged the bond was taken contrary to 2 Body Laws 343 and void, and cited 1 Bl.R. 517, Doug. 242, 2 Salk. 468; and that sole corporations cannot be obligees, 3 Bac.Abr. 696, 4 Co. 65, 1 Bac.Abr. 508.

Verdict for plaintiff for £[——].[1]

Reasons in arrest of judgment *post hac.*